IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4: 10-CR-21-FL-1

UNITED STATES OF AMERICA,          )
                                   )
            v.                     )
                                   )          O R D E R
ROBERT LEON LECRAFT,               )
                                   )
            Defendant.             )

This matter came before the court today for a hearing on the competency of Defendant

Robert Leon Lecraft ("Defendant") to determine whether Defendant is able to understand the

nature and consequences of the proceedings against him and to assist properly in his defense, in

accordance with 18 U.S.C. §§ 4142 and 4247(d). At the hearing the government was represented

by Assistant United States Attorney Ethan Ontjes and Defendant, who was present in the

courtroom, was represented by Nadine Guirguis. The court advised Defendant of his rights under

18 U.S.C. § 4247(d). The government then offered into evidence the Competency to Stand Trial

Evaluation ("Forensic Evaluation") dated May 13, 2014, and filed May 20, 2014, which was

prepared by Dana Brauman, Psy.D., a forensic psychologist of the Metropolitan Correctional

Center- New York, pursuant to an order entered April 1, 2014. [DE-137]. The Forensic

Evaluation was admitted into evidence for purposes of the hearing without objection.

According to the Forensic Evaluation, Defendant has been diagnosed with Unspecified

Neurocognitive Disorder (Mild, Provisional), Cocaine Use Disorder (by history) and Antisocial

Personality Disorder (by history), but that despite these disorders, Defendant is able to

understand the nature and consequences of the proceedings against him and assist properly in his

defense. The court admitted the Forensic Evaluation into evidence for the limited purpose of the hearing without objection. The government offered no further evidence. Defendant offered no evidence and did not contest the findings of the Forensic Evaluation offered by the government.

After consideration of the position of the parties and the Forensic Evaluation, the court does not find by a preponderance of the evidence, pursuant to 18 U.S.C. § 4141(d), that Defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

So ordered, the 17th day of September 2014.

Robert B. Jones, Jr.
United States Magistrate Judge