UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:10-CR-21-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| ROBERT LEON LECRAFT | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses Count Two of the Indictment against the above-captioned defendant.

Respectfully submitted this 4th day of December, 2014.

THOMAS G. WALKER
United States Attorney

BY: /s/ Ethan A. Ontjes
ETHAN A. ONTJES
Assistant United States Attorney
Criminal Division

Leave of Court is granted for the filing of the foregoing Dismissal of Count Two of the Indictment.

LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE

DATE: December 5, 2014