IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:10-CR-21-1-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| ROBERT LEON LECRAFT, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes now before this Court on oral motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, to allow the transfer of custody of the exhibits described to Barry Bryant of the New Bern Police Department.

IT IS HEREBY ORDERED that the following exhibits admitted into evidence on March 25, 2015, be transferred to Barry Bryant to be retained in his custody until this case is completed, including any matters on appeal:

| Gov't. Exhibit No.: | Description Of the Evidence: |
|---|---|
| 4 | Kel-Tec firearm |
| 5 | Kel-Tec magazine |
| 8 | Kel-Tec magazine |

SO ORDERED this the 25th day of March, 2015.

_____
Louise W. Flanagan
United States District Judge

SO ACKNOWLEDGED:

_____
Barry Bryant, Case Agent

_____
Ethan Ontjes, Assistant U.S. Attorney